(Official Form 1) (10/05) West Group, Rochester, NY

| United States Bankruptcy Court<br>**MIDDLE** District of **FLORIDA** | **Voluntary Petition** |
|---|---|

| Name of Debtor    (if individual, enter Last, First, Middle):<br>**Mack, Gregory S.** | Name of Joint Debtor    (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **1146** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor    (No. & Street, City, and State):<br>**1960 Bridgewater Dr.**<br>**Lake Mary FL**    ZIPCODE **32746** | Street Address of Joint Debtor    (No. & Street, City, and State):    ZIPCODE |
| County of Residence or of the<br>Principal Place of Business:    **Seminole** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor    (if different from street address):<br>**SAME**    ZIPCODE | Mailing Address of Joint Debtor    (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(If different from street address above):    **SAME**    ZIPCODE | |

**Type of Debtor**    (Form of organization)

(Check **one** box.)

☒ Individual (includes Joint Debtors)
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above
entities, check this box and provide the
information requested below.)

*State type of entity:*

**Nature of Business**

(Check **all** applicable boxes.)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Nonprofit Organization qualified
under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**    (Check one box)

☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 9    ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding
☐ Chapter 13

**Nature of Debts**    (Check one box)

☐ Consumer/Non-Business    ☒ Business

**Chapter 11 Debtors:**

**Check one box:**

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or
affiliates are less than $2 million.

**Filing Fee**    (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is
debtor is unable to pay fee except in installments. Rule 1006(b). See Official  form No. 3A.

☐ Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach
signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of<br>Creditors | 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated<br>Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated<br>Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05) West Group, Rochester, NY

FORM B1, Page    2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>*Gregory S. Mack* |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** | (If more than one, attach additional sheet) |
|---|---|

| Location Where Filed:<br><br>*NONE* | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet)

| Name of Debtor:<br><br>*NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code.<br><br>**X** _____ *2/9/2006*<br><span style="font-size:smaller">Signature of Attorney for Debtor(s)           Date</span> |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?<br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**<br><br>☒ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue**    (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05) West Group, Rochester, NY                                                                FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Gregory S. Mack* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Gregory S. Mack*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*2/9/2006*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

2/9/2006
(Date)

### Signature of Attorney

**X** */s/ Jonathan B. Alper, Esquire*
Signature of Attorney for Debtor(s)

*Jonathan B. Alper, Esquire 208681*
Printed Name of Attorney for Debtor(s)

*Jonathan B. Alper, P.L.C.*
Firm Name

*274 Kipling Court*
Address

*Heathrow FL 32746*

*(407) 444-0404*
Telephone Number

*2/9/2006*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

*2/9/2006*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re *Gregory S. Mack*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Jonathan B. Alper, Esquire*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*5,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*5,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3. $    *274.00*    of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *2/9/2006*                          Respectfully submitted,

                              X */s/ Jonathan B. Alper, Esquire* _____
           Attorney for Petitioner: *Jonathan B. Alper, Esquire*
                                    *Jonathan B. Alper, P.L.C.*
                                    *274 Kipling Court*
                                    *Heathrow FL  32746*

FORM B6 (10/05) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re **Gregory S. Mack**

Case No.
Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *2* | $   5,995,000.00 | | |
| B-Personal Property | *Yes* | *5* | $   1,142,125.85 | | |
| C-Property Claimed as Exempt | *Yes* | *3* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $   3,116,965.91 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $     40,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *12* | | $   1,220,188.64 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *3* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $     12,805.42 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $     16,737.00 |
| TOTAL | | | $   7,137,125.85 | $   4,377,154.55 | |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re *Gregory S. Mack*                                   Case No.

                                                         Chapter    **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *40,000.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *40,000.00* |

**The forgoing information is for statistical purposes only under 28 U.S.C. § 159.**

FORM B6 (10/05) West Group, Rochester, NY

In re *Gregory S. Mack* _____ / Debtor    Case No. _____
                                                                                 (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *2/9/2006* _____    Signature */s/ Gregory S. Mack* _____
                                                         *Gregory S. Mack*

FORM B6A (10/05) West Group, Rochester, NY

In re **Gregory S. Mack** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Homestead: 1960 Bridgewater Dr., Lake Mary, FL 32746 - Property owned by Greg S. Mack Revocable Trust dated 4/3/01, Greg S. Mack, Trustee. | None | | $ 2,500,000.00 | $ 673,679.48 |
| Commercial Property: 204 S. Central, Apopka, FL - owned by Mack Properties | None | | $ 650,000.00 | $ 471,469.88 |
| Commercial Property: 234 S. Central Ave., Apopka, FL - Owned by Mack Properties | None | | $ 100,000.00 | $ 0.00 |
| Commercial Property-31 E. Magnolia Ave., Eustis, FL 32726 and 118 W. Eustis St., Eustis FL 32726 - owned by Greg S. Mack Revocable Trust | None | | $ 1,000,000.00 | $ 580,000.00 |
| Property: 685 N. Mayo Trail, Pikeville, KY - Owned by Mack Properties | None | | $ 200,000.00 | $ 159,950.98 |
| Property: 1029 S. Seventh St., Louisville, KY - owned by Mack Properties. | None | | $ 150,000.00 | $ 0.00 |

__1__   continuation sheets attached

FORM B6A (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor     Case No._____

<span style="float:right">(if known)</span>

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Property: 1359 S. Third St. and 1364 S. Second St., Louisville, KY - owned by revocable trust - under construction. | None | | $ 1,200,000.00 | $ 1,200,000.00 |
| Timeshare: The Ritz Carlton, Unit 3401, Cava, St. Thomas - TBE | Time Share | J | $ 195,000.00 | $ 0.00 |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Real Property

**TOTAL $** 5,995,000.00

**(Report also on Summary of Schedules.)**

FORM B6B (10/05) West Group, Rochester, N.Y.

In re __Gregory S. Mack_____ / Debtor      Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand* *Location: In debtor's possession* | | $ 1,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account: Wachovia; TBE* *Location: In debtor's possession* | J | $ 125,000.00 |
| | | *Checking Account: Wachovia; TBE* *Location: In debtor's possession* | J | $ 102,737.35 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | *Utility Deposit-Progress Energy* *Location: In debtor's possession* | | $ 1,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Electronics; Computers: 2 Sony TVs; Desktop Computer;  Quasar TV; Panasonic TV - value subject to result of appraisal - TBE property* *Location: In debtor's possession* | J | $ 3,500.00 |
| | | *Household Goods: 5 bedroom sets; 4 table stands; 1 wooden bookshelf; 1 loveseat; 1 ergonomic chair; 1 massage chair; 4 rocking chairs; 2 wood cabinets; 14 chairs for glass tables; 4 glass tables; 5 trunks; 3 wood chairs; 3 coffee tables; 6 leather chairs; 2 brown couches; 2 wood benches; 4 wicker chairs; 1 wicker ottoman; 4 side tables; 1 teak daybed; 9 leather pillows; 1 armoire; 2 iron candle holders; 7 mirrors; 6 lamps; 1 suede sleeper sofa; 1 leather couch - value subject to appraisal - TBE property* *Location: In debtor's possession* | J | $ 30,000.00 |

FORM B6B (10/05) West Group, Rochester, NY

In re **Gregory S. Mack** _____ / Debtor          Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Collections; Art; Misc.: 13 Oriental rugs; 14 pictures; 25 Mexican pots; 2 antique buffets; 1 antique motorola; 1 antique stereo; 1 antique desk; 2 chairs; 2 wooden hutches; 1 cowhide couch; 2 Stickley chairs; CD collection - Value subject to results of appraisal - TBE property Location: In debtor's possession* | J | $ 44,700.00 |
| 6. Wearing apparel. | | *Clothing Location: In debtor's possession* | H | $ 500.00 |
| 7. Furs and jewelry. | | *Tag Watch; Wedding Band - value subject to appraisal. Location: In debtor's possession* | H | $ 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Pool Table Location: In debtor's possession - value subject to appraisal - TBE property* | J | $ 4,600.00 |
| | | *Sports & Hobby Equipment: Glider; weights; workout bench; rebounder; women's bicycles (3); men's bicycle (1) Location: In debtor's possession* | J | $ 300.00 |
| | | *Telescope - valu e subject to results of appraisal - TBE property Location: In debtor's possession* | J | $ 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | | *Privileged Assets Annuity Location: In debtor's possession* | | $ 89,812.00 |

FORM B6B (10/05) West Group, Rochester, N.Y.

In re **Gregory S. Mack** _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | *Retirement Account: Morgan Stanley* *Location: In debtor's possession* | | $ 54,353.00 |
| | | *SEP IRA-UBS Financial Services* *Location: In debtor's possession* | | $ 573.50 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Kentucky Pain Care Center, LLC* *Location: In debtor's possession* | | $ 314,121.00 |
| | | *Mack Properties, Inc. (corporate stock – net value)* *Location: In debtor's possession* | | $ 328,579.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Insurance Claim against CNA Insurance for indemnification of Grange Insurance* *Location: In debtor's possession* | | *Unknown* |

In re **Gregory S. Mack** _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Malpractice Claim against Attorney Robert Riley.*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Malpractice Claim against Attorney Louis Winner.*<br>*Location: In debtor's possession* | | *Unknown* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | *1997 Harley Fatboy*<br>*Location: In debtor's possession* | H | $ 15,000.00 |
| | | *Infinity FX 35 (jtwros)*<br>*Location: In debtor's possession* | J | $ 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office Equipment: HP Printer; HP Office Jet All-in-One; 2 4-drawer file cabinets; 4 desks; 4 chairs; 2 GE phones; 1 Duratech Shredder -- Value subject to results of appraisal*<br>*Location: In debtor's possession* | | $ 300.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

FORM B6B (10/05) West Group, Rochester, NY

In re **Gregory S. Mack**                                        / Debtor          Case No. _____

                                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➤ | $ 1,142,125.85 |

Page __5__ of __5__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re  _Gregory S. Mack_____ / Debtor    Case No. _____
                                                                      (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $125,000.

(Check one box)

☐ 11 U.S.C. § 522(b) (2):

☒ 11 U.S.C. § 522(b) (3):

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Homestead: 1960 Bridgewater Dr., Lake Mary, FL 32746 - Property owned by Greg S. Mack Revocable Trust dated 4/3/01, Greg S. Mack, Trustee._ | _Fl. Const.Art. 10 §4(a)(1), FSA §§222.01, 222.02, 222.05_ | _$ 3,000,000.00_ | _$ 2,500,000.00_ |
| _Timeshare: The Ritz Carlton, Unit 3401, Cava, St. Thomas - TBE_ | _Beal Bank SSB v. Almand & Associates, 780 So2d 45  (Fla. 2001)_ | _$ 195,000.00_ | _$ 195,000.00_ |
| _Checking Account: Wachovia; TBE_ | _Beal Bank SSB v. Almand & Associates, 780 So2d 45  (Fla. 2001)_ | _$ 91,972.00_ | _$ 125,000.00_ |
| _Checking Account: Wachovia; TBE_ | _Beal Bank SSB v. Almand & Associates, 780 So2d 45  (Fla. 2001)_ | _$ 89,000.00_ | |
| _Electronics; Computers: 2 Sony TVs; Desktop Computer;  Quasar TV; Panasonic TV - value subject to result of appraisal - TBE property_ | _Beal Bank SSB v. Almand & Associates, 780 So2d 45  (Fla. 2001)_ | _$ 5,100.00_ | _$ 3,500.00_ |

FORM B6C (10/05) West Group, Rochester, NY

In re
*Gregory S. Mack*                                    / Debtor          Case No. _____

                                                                                          (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Household Goods: 5 bedroom sets; 4 table stands; 1 wooden bookshelf; 1 loveseat; 1 ergonomic chair; 1 massage chair; 4 rocking chairs; 2 wood cabinets; 14 chairs for glass tables; 4 glass tables; 5 trunks; 3 wood chairs; 3 coffee tables; 6 leather chairs; 2 brown couches; 2 wood benches; 4 wicker chairs; 1 wicker ottoman; 4 side tables; 1 teak daybed; 9 leather pillows; 1 armoire; 2 iron candle holders; 7 mirrors; 6 lamps; 1 suede sleeper sofa; 1 leather couch - value subject to appraisal - TBE property* | *Beal Bank SSB v. Almand & Associates, 780 So2d 45 (Fla. 2001)* | *$ 39,250.00* | *$ 30,000.00* |
| *Collections; Art; Misc.: 13 Oriental rugs; 14 pictures; 25 Mexican pots; 2 antique buffets; 1 antique motorola; 1 antique stereo; 1 antique desk; 2 chairs; 2 wooden hutches; 1 cowhide couch; 2 Stickley chairs; CD collection - Value subject to results of appraisal - TBE property* | *Beal Bank SSB v. Almand & Associates, 780 So2d 45 (Fla. 2001)* | *$ 44,700.00* | *$ 44,700.00* |
| *Tag Watch; Wedding Band - value subject to appraisal.* | *Fl Const. Art. 10 §4(a)(2), FSA §222.061* | *$ 1,000.00* | *$ 1,000.00* |
| *Pool Table* | *Beal Bank SSB v. Almand & Associates, 780 So2d 45 (Fla. 2001)* | *$ 4,600.00* | *$ 4,600.00* |
| *Sports & Hobby Equipment: Glider; weights; workout bench; rebounder; women's bicycles (3); men's bicycle (1)* | *Beal Bank SSB v. Almand & Associates, 780 So2d 45 (Fla. 2001)* | *$ 800.00* | *$ 300.00* |
| *Telescope - valu e subject to results of appraisal - TBE property* | *Beal Bank SSB v. Almand & Associates, 780 So2d 45 (Fla. 2001)* | *$ 250.00* | *$ 50.00* |

In re _Gregory S. Mack_ _____ / Debtor        Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Privileged Assets Annuity* | *Fl. St. Ann. $$222.14, 222.201* | *$ 89,812.00* | *$ 89,812.00* |
| *Retirement Account: Morgan Stanley* | *Fl. Stat. Ann. $222.21(2), 222.201* | *$ 54,353.00* | *$ 54,353.00* |
| *SEP IRA-UBS Financial Services* | *Fl. Stat. Ann. $222.21(2), 222.201* | *$ 573.50* | *$ 573.50* |
| *Infinity FX 35 (jtwros)* | *Fl. Stat. Ann. $222.25(1)* | *$ 1,000.00* | *$ 25,000.00* |

FORM B6D (10/05) West Group, Rochester, NY

In re <u>Gregory S. Mack</u>                                                                 / Debtor          Case No. _____
                                                                                                                                      (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *0337* <br> *Creditor # : 1* <br> *Community Trust* <br> *84100 Loan Admin* <br> *346 N. Mayo Tr.* <br> *Pikeville KY 41502-2947* | X | *2/05* <br> *Mortgage* <br> *Property: 685 N. Mayo Trail, Pikeville, KY, Property: 1029 S. Seventh St., Louisville, KY* <br><br> Value: *$ 350,000.00* | | | | *$ 159,950.98* | *$ 0.00* |
| Account No: *0034* <br> *Creditor # : 2* <br> *Fifth Third Bank* <br> *Madisonvelle OPS Center* <br> *MD1MOC2N* <br> *Cincinnati OH 45263-5300* | X | *2000* <br> *Mortgage-Business Property* <br> *Commercial Property: 204 S. Central, Apopka, FL, Commercial Property: 234 S. Central Ave.,* <br> Value: *$ 750,000.00* | | | | *$ 471,469.88* | *$ 0.00* |
| Account No: *6595* <br> *Creditor # : 3* <br> *Fifth Third bank* <br> *Madisonville OPS Center* <br> *Cincinnati OH 45263-5300* | | *6/27/03* <br> *Mortgage (1st)* <br> *Homestead: 1960 Bridgewater Dr., Lake Mary, FL 32746* <br><br> Value: *$ 2,500,000.00* | | | | *$ 648,679.48* | *$ 0.00* |
| Account No: *5222* <br> *Creditor # : 4* <br> *Infinity Financial Services* <br> *PO Box 650680* <br> *Dallas TX 75265* | J | *12/03* <br> *Purchase Money Security* <br> *Infinity FX 35* <br><br><br> Value: *$ 25,000.00* | | | | *$ 22,459.84* | *$ 0.00* |

<u>1</u>     continuation sheets attached

Subtotal $ | *1,302,560.18*
(Total of this page)
Total $
(Use only on last page)

FORM B6D (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor    Case No._____
                                                                                        (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above)* | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *4513* *Creditor # : 5* *Stock Yards Bank* *Loan Dept.* *PO Box 39511* *Louisville KY 40233* | | *2/05* *Mortgage (2nd)* *Property: 1359 S. Third St. & 1364 S. Second St., Louisville, KY* <br> Value: *$ 1,200,000.00* | | | | *$ 448,723.27* | *$ 9,405.73* |
| Account No: *9813* *Creditor # : 6* *Stock Yards Bank* *Loan Dept.* *PO Box 39511* *Louisville KY 40233* | | *4/01* *Mortgage (1st)* *Property: 1359 S. Third St. & 1364 S. Second St., Louisville, KY* <br> Value: *$ 1,200,000.00* | | | | *$ 760,682.46* | *$ 0.00* |
| Account No: *0672* *Creditor # : 7* *Wachovia Bank* *PO Box 740502* *Atlanta GA 30374-0502* | | *10/05* *Commercial Line of Credit* *Restaurant & Bar-31 E. Magnolia Ave., Eustis, FL 32726, Restaurant & Bar – 118 N.* <br> Value: *$ 1,000,000.00* | | | | *$ 580,000.00* | *$ 0.00* |
| Account No: *1723* *Creditor # : 8* *Wachovia Bank* *PO Box 50010* *Roanoka VA 24022* | | *9/05* *Credit Line* *Homestead: 1960 Bridgewater Dr., Lake Mary, FL 32746* <br> Value: *$ 2,500,000.00* | | | | *$ 25,000.00* | *$ 0.00* |
| Account No: | | <br> Value: | | | | | |
| Account No: | | <br> Value: | | | | | |

Sheet No. 1 of 1   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ *1,814,405.73*
(Total of this page)

Total $ *3,116,965.91*
(Use only on last page)

FORM B6E (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor      Case No._____
                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ **continuation sheets attached**

FORM B6E (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor          Case No._____
                                                                              (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *6241*<br>*Creditor # : 1*<br>*Bob McKee-Lake County Tax Coll*<br>*PO Box 327*<br>*Tavares FL 32778-0327* | | *2001-2003*<br>*Tangible Tax* | | | | $ 40,000.00 | $ 40,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __1__ of __1__ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal $        40,000.00
(Total of this page)
Total $        40,000.00

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

FORM B6F (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   0002<br>Creditor # : 1<br>Advance Plumbing Contractors<br>4122 Bishop Lane #102<br>Louisville KY 40218 | | 1/06<br>Business Debt | | | | $ 51,543.27 |
| Account No:<br>Creditor # : 2<br>Allstate Ins & Liberty Mutual<br>c/o Bush Law Firm<br>713 E. Market St. #200<br>Louisville KY 40202 | | | | | | Unknown |
| Account No:<br>Creditor # : 3<br>All-Tel Advertising<br>PO Box 9001908<br>Louisville KY 40290-1908 | | Business Debt | | | | Unknown |
| Account No:   2-01<br>Creditor # : 4<br>Americorp Financial<br>877 S. Adams St.<br>Birmingham MI 48009 | X | 1/15/02<br>Business Equipment Lease | | | | $ 11,524.32 |

_11_ continuation sheets attached

Subtotal $          63,067.59
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor          Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:    -3/1 <br> Creditor # : 5 <br> AMEX Business Finance <br> PO Box 660631 <br> Dallas TX 75266 | X | 6/4/01 <br> Business Equipment Lease | | | | $ 14,312.80 |
| Account No: <br> Creditor # : 6 <br> Betty Melvin <br> 2209 Azalea Dr. <br> Lexington KY 40504 | X | 8/1/02 <br> Business Lease <br> Non-residential | | | | $ 0.00 |
| Account No: <br> Creditor # : 7 <br> Brad Cochran <br> c/o  H. Wayne Roberts, Esq. <br> 217 E Clay St <br> Clinton KY 42031 | | Medical Malpractice | | X | | Unknown |
| Account No:    Mack <br> Creditor # : 8 <br> Brent Caldwell <br> 201 E. Main St. #1000 <br> Lexington KY 40507 | | | | X | | Unknown |
| Account No:    Mack <br> Creditor # : 9 <br> Brent Threkeld, Esq. <br> William Fuller, Esq. <br> 144 N. Main St. <br> Williamstown KY 41097 | | 8/05 <br> Attorneys Fees | | | | $ 26,470.16 |
| Account No: <br> Creditor # : 10 <br> Bullit Sprinkler <br> Box 377 <br> Mt. Washington KY 40047 | | 7/05 <br> Business Debt | | | | $ 24,671.50 |

Sheet No. _1_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)          65,454.46

Total $ (Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  Gregory S. Mack _____ / Debtor        Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  *Mack* | | | | X | | *Unknown* |
| Creditor # : 11 Chris Burnside, Esq. Frost, Brown, Todd 400 W. Market St. 32nd FL Louisville KY 40202 | | Attorneys Fees Grange Lawsuit | | | | |
| Account No: | | 12/05-01/06 Business Debt | | | | $ 4,500.00 |
| Creditor # : 12 Clore Comtracting PO Box 18092 Louisville KY 40261 | | | | | | |
| Account No:      0323 | X | 6/04 Business Debt | | | | $ 1,000.00 |
| Creditor # : 13 Cobalt Publishing 445 E. Market St., #300 Louisville KY 40202 | | | | | | |
| Account No: | | Business Debt | | | X | $ 90,000.00 |
| Creditor # : 14 Commonwealth of Kentucky c/o Albert B. Chandler, III 118 Capitol Bldg. Frankfort KY 40601 | | | | | | |
| Account No: | | Anne Dolling Clark Cabinet for HFS 275 E. Main St., 5W-B Frankfort KY 40621 | | | | |
| Representing: Commonwealth of Kentucky | | | | | | |
| Account No:    2392 | X | 2/18/04 Business Equipment Lease | | | | $ 126,349.86 |
| Creditor # : 15 Delage Landen/Merrill Lynch Philadelphia PA 19101 | | | | | | |

Sheet No.  2  of  11  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     221,849.86
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 16* *Donnetta Snapp* *c/o Shannon Upton Johnson Esq.* *6 East 4th St.* *Paris KY 40361-1802* | | | *Medical Malpractice* | | X | | *Unknown* |
| Account No: *4-25* *Creditor # : 17* *Fifth Third Bank* *PO Box 630337* *Cincinnati OH 45263-0001* | | | *5/96* *Business Debt* *Line of Credit* | | | | *$ 70,000.00* |
| Account No: *Creditor # : 18* *First Federal* *2323 Ring Road* *Elizabethtown KY 42701* | X | | *1/20/02* *Business Lease* | | | | *$ 0.00* |
| Account No: *Creditor # : 19* *Five Star Heating & Air* *PO Box 9045* *Louisville KY 40209* | | | *8/05* *Business Debt* | | | | *$ 2,500.00* |
| Account No: *Creditor # : 20* *Fortress Security* *10486 Hwy 44E* *Mt. Washington KY 40047* | | | *10/05* *Business Debt* | | | | *$ 600.00* |
| Account No: *Creditor # : 21* *Gram Res/Hazard Radiology* *200 Medical Center Dr. #1N* *Hazard KY 41701* | | | *Lawsuit* | | X | | *$ 40,000.00* |

Sheet No. __3__ of __11__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     *113,100.00*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor          Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: _JMH_ <br> Creditor # : 22 <br> Grange Mutual Casualty, et al. <br> Christopher Burnside, Esq. <br> 400 W. Market St. <br> Louisville KY 40202-3363 | | 2005 <br> Lawsuit | | X | | Unknown |
| Account No: _JMH_ <br> Representing: <br> Grange Mutual Casualty, et al. | | Christopher Burnside, Esq. <br> 400 W. Market St. <br> Louisville KY 40202-3363 | | | | |
| Account No: _n/a_ <br> Creditor # : 23 <br> Jacob P. Smith <br> 518 Fernshaw Ave. <br> Eustis FL 32 726 | H | 6/05 <br> Other Debt | | | | $ 19,000.00 |
| Account No: <br> Creditor # : 24 <br> Janas Hobbs-Allin <br> c/o Mark Knight, Esq. <br> PO Box 49 <br> Somerset KY 42502 | | Lawsuit <br> Worker's Comp | | X | | Unknown |
| Account No: <br> Creditor # : 25 <br> Jason Vaughn <br> 201 Thierman Lane <br> Louisville KY 40207 | | Business Debt | | | | $ 2,000.00 |
| Account No: <br> Creditor # : 26 <br> JD Johnson <br> PO Box 1546 <br> Paintsville KY  41249 | | | | X | | Unknown |

Sheet No. __4__ of ___11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    21,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re **Gregory S. Mack** _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 27**<br>**Jessie & Suzanne Osborne**<br>**c/o Savage, Elliott, et al.**<br>**200 W. Vine St., #810**<br>**Lexington KY 40507** | | **Medical Malpractice** | | X | | Unknown |
| Account No: **Mack**<br>**Creditor # : 28**<br>**John Tullis, Esq.**<br>**PO Box 2025**<br>**Owensboro KY 42302** | | **8/05**<br>**Attorneys Fees** | | | | Unknown |
| Account No:<br>**Creditor # : 29**<br>**John Williams**<br>**c/o Savage, Elliott et al.**<br>**200 W. Vine St. #810**<br>**Lexington KY 40507** | | **Medical Malpractice** | | X | | Unknown |
| Account No:<br>**Creditor # : 30**<br>**Jorge Martinez**<br>**Watsky & Martinez**<br>**777 E. Altamonte Springs DR**<br>**Altamonte Spgs FL 32701** | | **Business Debt** | | | | $ 30,000.00 |
| Account No:<br>**Creditor # : 31**<br>**Kimberly & Arthur Gayheart**<br>**c/o Savage, Elliott, et al.**<br>**200 W. Vine St. #810**<br>**Lexington KY 40507** | | **Medical Malpractice** | | X | | Unknown |
| Account No:<br>**Creditor # : 32**<br>**Little & Associates**<br>**1352 E. Elm St.**<br>**Springfield MO 65802** | | **2001-2002**<br>**Lawsuit** | | | | $ 20,000.00 |

Sheet No. 5 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 50,000.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  Gregory S. Mack _____ / Debtor          Case No. _____
                                                                                (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: <br> **Representing:** <br> **Little & Associates** | | **Gregory Watson, Esq.** <br> **PO Box 32279** <br> **Louisville KY 40232** | | | | |
| Account No:  **Mack** <br> **Creditor # : 33** <br> **Lou Haubner** <br> **99 West Main St.** <br> **Apopka FL 32703** | | **Sales Commission** | X | | | *Unknown* |
| Account No:  **Mack** <br> **Creditor # : 34** <br> **Louis Winner, Esq.** <br> **2200 Meidinger Tower** <br> **462 S. Fourth St.** <br> **Louisville KY 40202** | | **Attorneys Fees** | | | | *$ 7,500.00* |
| Account No: <br> **Creditor # : 35** <br> **Mark D. Knight** <br> **201 W. Columbia St.** <br> **Somerset KY 42502** | | **Lawsuit** <br> **Attorney for Janas Hobbs** | | X | | *Unknown* |
| Account No: <br> **Creditor # : 36** <br> **Mark L Hommedieu** <br> **797 Peppervine Ave** <br> **Jacksonville FL 32259** | | | | | | *$ 0.00* |
| Account No: <br> **Representing:** <br> **Mark L Hommedieu** | | **Mike Oyler, Esq.** <br> **500 W. Jefferson St #2400** <br> **Louisville KY 40202** | | | | |

Sheet No.  6  of  11  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            *7,500.00*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor          Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: | X | | 10/05-1/06 | | | | $ 52,000.00 |
| Creditor # : 37 Medical Imaging PO Box 940 Prestonburg KY 41653 | | | Business Debt | | | | |
| Account No: | | | 9/05 | | | | $ 4,800.00 |
| Creditor # : 38 Mike Cooper 1103 Clerkenwell Louisville KY 40207 | | | Business Debt | | | | |
| Account No:    n/a | | H | 12/05 | | | | $ 80,000.00 |
| Creditor # : 39 Mike Oyler, Esq. 500 W. Jefferson St., #2400 Louisville KY 40202 | | | Attorneys Fees Attorney for Mark L Hommedieu | | | | |
| Account No:    P001 | X | | 1/1/03 | | | | $ 0.00 |
| Creditor # : 40 Mt. Tabor Partners Equity Management 840 E. High Street Lexington KY 40502 | | | Business Equipment Lease | | | | |
| Account No:    0671 | | | 1/9/03 | | | | $ 4,924.16 |
| Creditor # : 41 NCMIC 14001 University Ave Clive IA 50325 | | | Business Equipment Lease | | | | |
| Account No:    9302 | X | | 1/15/02 | | | | $ 15,704.00 |
| Creditor # : 42 Netbank Finance PO Box 2597 Columbia SC 27202 | | | Business Equipment Lease | | | | |

Sheet No. __7__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $          157,428.16
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor     Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 43<br>Novella Cornett<br>c/o Bruce R. Bentley, Esq.<br>PO Box 915<br>London KY 40743-0915 | | Medical Malpractice | | X | | Unknown |
| Account No:<br>Creditor # : 44<br>Patricia Girdler<br>c/o Chad Wadlington, Esq.<br>200 W. Vine St., #620<br>Lexington KY 40507 | | Medical Malpractice | | X | | Unknown |
| Account No:<br>Creditor # : 45<br>Physicians Medical Services<br>c/o Dr. Henry Eugenio<br>201 W. Columbia St.<br>Somerset KY 42502 | | | | | | Unknown |
| Account No:<br>Creditor # : 46<br>Renaissance Marble<br>4218 Norbourne Blvd.<br>Louisville KY 40207 | | 11/05<br>Business Debt | | | | $ 2,900.00 |
| Account No:<br>Creditor # : 47<br>Robert Brandon<br>c/o Calvin Tackett<br>40 Main St.<br>Whitesburg KY 41858 | | Business Debt | | X | | Unknown |
| Account No:   Mack<br>Creditor # : 48<br>Robert Dilbert, Esq.<br>Frost Brown Todd<br>400 W. Market St. 32nd FL<br>Louisville KY 40202 | | Attorneys Fees<br>Grange Insurance | | | | Unknown |

Sheet No. __8__ of __11__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        2,900.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  Gregory S. Mack _____ / Debtor     Case No._____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:  Mack | | | | | | | $ 30,000.00 |
| Creditor # : 49 Robert Riley, Esq. 320 Whittington Pkwy #117 Louisville KY 40222 | | | Attorneys Fees | | | | |
| Account No: | X | | | | | | $ 0.00 |
| Creditor # : 50 Roy Campbell PO Box 22 Combs KY 41729 | | | Business Lease Non-Residential | | | | |
| Account No:  Mack | | | | | | | $ 35,000.00 |
| Creditor # : 51 Seiller & Handmaker, PA 2200 Meidinger Tower 462 S. Fourth St. Louisville KY 40202 | | | Attorneys Fees | | | | |
| Account No: | | | | | X | | Unknown |
| Creditor # : 52 Shawna Miles c/o Savage, Elliott, et al. 200 W. Vine St. #810 Lexington KY 40507 | | | Medical Malpractice | | | | |
| Account No: | | | | | X | | Unknown |
| Creditor # : 53 Shelly Pfost c/o William R Gardner, Esq 141 N. Broadway Lexington KY 40507 | | | Medical Bills | | | | |
| Account No:  n/a | | H | 6/05 | | | | $ 9,200.00 |
| Creditor # : 54 Steinrock Roofing/Sheet Metal 1034 Story Ave. Louisville KY 40206-1861 | | | Other Debt | | | | |

Sheet No.   9   of   11   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     74,200.00
(Total of this page)

Total $ _____
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_ _____ / Debtor    Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 55 Thomas Stuart McCloy, Esq. 201 E. Main St. #1000 Lexington KY 40507 | | Attorneys Fees | | X | | Unknown |
| Account No:    9790 Creditor # : 56 US Bank PO Box   790117 St. Louis MO 63179 | X | 3/10/05 Vehicle Lease 2005 Chevrolet Corvette | | | | $ 53,775.97 |
| Account No: Creditor # : 57 V&L Co. 2005 Versailles Rd. Lexington KY 40504 | X | 10/03 Business Lease | | | | $ 0.00 |
| Account No: Creditor # : 58 William Donnell, Esq. Frost Brown Todd 400 W. Market St. 32nd FL Louisville KY 40202 | | Attorneys Fees Attorney for Grange | | X | | Unknown |
| Account No:    n/a Creditor # : 59 William Fulmer, Esq. 7289 Burlington Pike Florence KY 41042 | H | 12/05 Attorneys Fees | | | | $ 20,000.00 |
| Account No:    2152 Creditor # : 60 Winnelson 4200 Bunton Ct Louisville KY 40213 | | 7/05-1/06 Business Debt | | | | $ 15,000.00 |

Sheet No. _10_ of ___11___ continuation sheets attached to Schedule of    Subtotal $    88,775.97
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)
                                                                           Total $
                                                        (Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_____ / Debtor     Case No._____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  7284  Creditor # : 61 Yellow Page Adv-Bell South PO Box 105024 Atlanta GA 30348 | X | 2003-2004 Business Debt | | | | $ 170,000.00 |
| Account No:  7284  Representing: Yellow Page Adv-Bell South | | Frank Porter,  PA Attn: Andrew Bernadini 8625 Crown Crescent Ct #110 Charlotte NC 28227 | | | | |
| Account No:  9528  Creditor # : 62 Yellow Page Adv-Verizon PO Box 619009 DFW Airport TX 75261 | X | 2003-2004 Business Debt | | | | $ 184,912.60 |
| Account No:  9528  Representing: Yellow Page Adv-Verizon | | Berke & Associates Attn: Robert Schultz 555 St. Charles Dr. Thousand Oaks CA 91360 | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No.  11  of  11  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     354,912.60

Total $ (Report total also on Summary of Schedules)     1,220,188.64

In re _Gregory S. Mack_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _American Business Finance_<br>_PO Box 660631_<br>_Dallas TX  75266_ | Contract Type: _Equipment Lease_<br>Terms: _60 months_<br>Beginning date: _6/4/2001_<br>Debtor's Interest: _Lessee_<br>Description: _Equipment_<br><br>Buyout Option: |
| _Americorp Financial_<br>_877 S. Adams Rd._<br>_Birmingham MI  48009_ | Contract Type: _Equipment Lease_<br>Terms: _60 months_<br>Beginning date: _1/15/2002_<br>Debtor's Interest: _Lessee_<br>Description: _LordexTables (2)_<br><br>Buyout Option: |
| _Betty Melvin_<br>_2209 Azalea Dr._<br>_Lexington KY  40504_ | Contract Type: _Non-residential lease * *_<br>Terms: _36 months_<br>Beginning date: _8/1/2002_<br>Debtor's Interest: _Lessee_<br>Description: _Paintsville KY building lease_<br><br>Buyout Option: |
| _DeLage Landen/Merrill Lynch_<br><br>_Philadelphia PA  19101_ | Contract Type: _Equipment Lease_<br>Terms: _60 months_<br>Beginning date: _2/18/2004_<br>Debtor's Interest: _Lessee_<br>Description: _C-Arm Equipment_<br><br>Buyout Option: |
| _First Federal_<br>_The Leasing Group_<br>_2323 Ring Road_<br>_Elizabethtown KY  42701_ | Contract Type: _Equipment Lease_<br>Terms: _36 months_<br>Beginning date: _11/20/2002_<br>Debtor's Interest: _Lessee_<br>Description: _SofPulse_<br><br>Buyout Option: |

In re *Gregory S. Mack* _____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Mt. Tabor Partners Equity Management 840 E. High St. Lexington KY  40502* | Contract Type: *Non-residential lease * ** Terms: *5 years* Beginning date: *1/1/2003* Debtor's Interest: *Lessee* Description: *Building lease* <br><br> Buyout Option: |
| *NCMIC 14001 University Ave. Clive IA  50325* | Contract Type: *Equipment Lease* Terms: *37 months* Beginning date: *9/5/2003* Debtor's Interest: *Lessee* Description: *DOC Plus Machines* <br><br> Buyout Option: |
| *NCMIC 14001 University Ave. Clive IA  50325* | Contract Type: *Equipment Lease* Terms: *36 months* Beginning date: *6/9/2003* Debtor's Interest: *Lessee* Description: *Hydrotherapy Tables* <br><br> Buyout Option: |
| *NetBank Finance PO Box 2597 Columbia SC  27202* | Contract Type: *Equipment Lease* Terms: *60 months* Beginning date: *1/15/2002* Debtor's Interest: *Lessee* Description: *Lordex Tables (2)* <br><br> Buyout Option: |
| *Roy Campbell PO Box 22 Combs KY  41729* | Contract Type: *Non-residential lease * ** Terms: Beginning date: Debtor's Interest: *Lessee* Description: *office space - unwritten lease* <br><br> Buyout Option: |
| *US Bank PO Box  790117 St. Louis MO  63179* | Contract Type: *Vehicle lease* Terms: *36 months* Beginning date: *3/10/2005* Debtor's Interest: *Lessee* Description: *2005 Chevrolet Corvette* <br><br> Buyout Option: |

In re _Gregory S. Mack_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _V & L Co._<br>_2005 Versailles Rd._<br>_Lexington KY  40504_ | Contract Type:_Non-residential lease * *_<br>Terms: _36 months_<br>Beginning date:_10/1/2003_<br>Debtor's Interest: _Lessee_<br>Description: _Building Lease - office_<br><br>Buyout Option: |

FORM B6H (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Accident Injury Medical Center<br>Accts Payable<br>118 N. Eustis St. #1<br>Eustis FL  32726-3477 | Americorp Financial<br>877 S. Adams St.<br>Birmingham MI  48009<br><br>AMEX Business Finance<br>PO Box 660631<br>Dallas TX  75266<br><br>Netbank Finance<br>PO Box 2597<br>Columbia SC  27202<br><br>Yellow Page Adv-Bell South<br>PO Box 105024<br>Atlanta GA  30348<br><br>Yellow Page Adv-Verizon<br>PO Box 619009<br>DFW Airport TX  75261 |
| GSM, Inc. | Americorp Financial<br>877 S. Adams St.<br>Birmingham MI  48009<br><br>Netbank Finance<br>PO Box 2597<br>Columbia SC  27202 |
| Injury & Rehab Cntr of KY LLC | Betty Melvin<br>2209 Azalea Dr.<br>Lexington KY  40504<br><br>Delage Landen/Merrill Lynch<br><br>Philadelphia PA  19101 |

FORM B6H (10/05) West Group, Rochester, NY

In re _Gregory S. Mack_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | _First Federal_<br>_2323 Ring Road_<br>_Elizabethtown KY  42701_ |
| _Injury & Rehab Cntr of KY LLC...continued_ | _Mt. Tabor Partners_<br>_Equity Management_<br>_840 E. High Street_<br>_Lexington KY  40502_ |
| | _V&L Co._<br>_2005 Versailles Rd._<br>_Lexington KY  40504_ |
| _IRC_<br>_118 N. Eustis St. #1_<br>_Eustis FL  32726_ | _Cobalt Publishing_<br>_445 E. Market St., #300_<br>_Louisville KY  40202_ |
| _Kentucky Paincare Center, LLC_ | _Medical Imaging_<br>_PO Box 940_<br>_Prestonburg KY  41653_ |
| | _Roy Campbell_<br>_PO Box 22_<br>_Combs KY  41729_ |
| | _US Bank_<br>_PO Box  790117_<br>_St. Louis MO  63179_ |
| _Mack Properties_ | _Community Trust_<br>_84100 Loan Admin_<br>_346 N. Mayo Tr._<br>_Pikeville KY  41502-2947_ |
| | _Fifth Third Bank_<br>_Madisonvelle OPS Center_<br>_MD1MOC2N_<br>_Cincinnati OH  45263-5300_ |

FORM B6I (11/05) West Group, Rochester, NY

In re *Gregory S. Mack* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP *Step-Daughter* *Spouse* | AGE *17* *** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Unemployed* | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *0.00* | $ *20,000.00* |
| 2. Estimated Monthly Overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *0.00* | $ *20,000.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll Taxes and Social Security | $ *0.00* | $ *6,237.62* |
|    b. Insurance | $ *0.00* | $ *956.96* |
|    c. Union Dues | $ *0.00* | $ *0.00* |
|    d. Other (Specify): | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *0.00* | $ *7,194.58* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *0.00* | $ *12,805.42* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from Real Property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social Security or other government assistance Specify: | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income Specify: | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *0.00* |
| 15. TOTAL MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | $ *0.00* | $ *12,805.42* |
| 16. TOTAL COMBINED MONTHLY INCOME: | $ *12,805.42* | (Report also on Summary of Schedules) |

17. Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (11/05) West Group, Rochester, NY

In re _Gregory S. Mack_ _____ / Debtor          Case No. _____
                                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|--:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,842.00 |
|    a. Are real estate taxes included?    Yes ☒  No ☐ | | |
|    b. Is property insurance included?    Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 1,225.00 |
|            b. Water and sewer | $ | 200.00 |
|            c. Telephone | $ | 650.00 |
|            d. Other    _Cable TV_ | $ | 220.00 |
|            Other    _Pool Service_ | $ | 120.00 |
|            Other    _Lawn Care_ | $ | 300.00 |
| 3. Home maintenance (Repairs and upkeep) | $ | 600.00 |
| 4. Food | $ | 2,500.00 |
| 5. Clothing | $ | 750.00 |
| 6. Laundry and dry cleaning | $ | 125.00 |
| 7. Medical and dental expenses | $ | 125.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 350.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 610.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 600.00 |
|     e. Other    _Annuity Contribution_ | $ | 1,000.00 |
|        Other | $ | 0.00 |
|        Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)    _TimeShare_ | $ | 100.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: _Homeowners Assoc Dues_ | $ | 170.00 |
|     c. Other: _Time Share Dues_ | $ | 800.00 |
|     d. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|    Other: | $ | 0.00 |
|    Other: | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 16,737.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|--:|
|    a. Total monthly income from Line 16 of Schedule I | $ | 12,805.42 |
|    b. Total monthly expenses from Line 18 above | $ | 16,737.00 |
|    c. Monthly net income (a. minus b.) | $ | (3,931.58) |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re: *Gregory S. Mack*                                    Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number  of  the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter  13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Greg Mack* | *2005; 2006: KYPC* |
| *Year to date: $-0-* | *2004: IRC* |
| *Last Year: $230,000* | |
| *Year before: $250,000* | |

| | |
|---|---|
| *Joni Mack* | *2006: Mack Properties, TBones, KPC* |
| *Year to date: $33,250* | *2005: KPC* |
| *Last Year: $45,000* | *2004: IRC* |
| *Year before: $62,500* | |

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: FL Dept of Revenue Address: 5050 W. Tennessee St. Tallahassee, FL 32399 | 12/29/05 | $682.50 | -0- |
| Creditor: Jacob P. Smith Address: 518 Fernshaw Avenue, Eustis, FL 32726 | 12/20/05 | $10,000 | $12,000 |
| Creditor: Progress Energy Address: PO Box 33199, St. Petersburg, FL 33733 | 11/8/05 12/15/05 1/19/06 | $1015.64 $819.43 $1043.89 | -0- |
| Creditor: Red Tail Golf Club Address: 26026 Member Lane, Sorrento, FL 32776 | 10/14/05 12/15/05 | $655.29 $962.66 | Cancelled membership |
| Creditor: Fifth Third Bank Address: Madisonville OPS Ctr, MD1MOC2nCC3148, Cincinnati, OH 45263 | monthly | $5209.26 | $647,666.80 |
| Creditor: Choice Visa Address: PO Box 6414, The Lakes, NV 88901 | 11/29/05 1/19/06 1/30/06 | $3007.24 $2736.04 $3440.06 | -0- (pay balance monthly) |
| Creditor: Choice Visa Address: PO Box 6414, The Lakes, NV 88901 | 11/8/05 | $8,137.10 | -0- (pay balance monthly) |
| Creditor: American Express Address: PO Box 360001, Ft. Lauderdale, FL 33336 | 12/20/05 1/19/06 2/3/06 | $14,874.28 $15,473.68 $6,181.58 | -0- (pay balance monthly) |
| Creditor: Wayne Roper Painting Address: 108 N. Bay St., #308, Eustis, FL 32726 | 1/27/06 | $4800 | -0- |

QUESTION 3a CONTINUED ...

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditor: Daniel Osmun Pools**<br>**Address: PO Box 951566, Lake Mary,**<br>**FL 32746** | *2/3/06* | *$1621.36* | *-0-* |

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditor: Stonewave**<br>**Address: 30600 Prestwick Ave.,**<br>**Sorrento, FL 32776**<br>**(t-shirts for restaurant)** | *10/15/05* | *$13,456* | *-0-* |
| **Creditor: Jacob P. Smith**<br>**Address: 518 FernshawAve., Eustis,**<br>**FL 32726** | *12/20/05* | *$10,000* | *$19,000* |
| **Creditor: Kentucky Pain Care**<br>**Centers**<br>**Address: 118 N. Eustis St., #2,**<br>**Eustis, FL 32726** | *12/23/05* | *$15,000* | *-0-* |
| **Creditor: Advance Plumbing**<br>**Address: PO Box 1078,**<br>**Shepherdsville, KY 40165** | *$15,000* | *1/06* | *$35,000* |
| **Creditor: Chubb Insurance**<br>**Address: PO Box 7247-0180,**<br>**Philadelphia, PA 19170** | *1/06* | *$7224* | *-0-* |

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

**4. Suits and administrative proceedings, executions, garnishments and attachments**

   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Case No. 04-CI-1652 Injury & Rehab Centers of KY vs. Grange Mutual Casualty (Allstate, Liberty Mutual, and State Farm)* | *Payment of PIP Benefits* | *Commonwealth of KY Franklin Circuit Court* | |
| *04-CA-1652 Gayheart v. Injury & Rehab Centers, et al.* | *Medical Malpractice* | *Commonwealth of KY Pulaski Circuit Court* | |
| *Case No. 04-CI-686 Patricia Girdler v. Accident Injury Medical Centers, et al.* | *Medical Malpractice* | *Commonwealth of KY Pulaski Circuit Court* | |
| *Case No. 04-CI-1653 Osborne v. Injury Rehab, et al.* | *Medical Malpractice* | *Commonwealth of KY Fayette Circuit Court* | |
| *Case No. 04-CI-3786 John Williams vs. Injury & Rehab Centers, et al.* | *Medical Malpractice* | *Commonwealth of KY Fayette Circuit Court* | |
| *Case No. 04-CI-1651 Shawna Miles vs. Injury & Rehab Centers, et al.* | *Medical Malpractice* | *Commonwealth of KY Fayette Circuit Court* | |
| *Case No. 04-CI-00791 Novella Cornett v. Accident Injury Medical Centers, et al.* | *Medical Malpractice* | *Commonwealth of KY Laurel Circuit Court* | |
| *Case No. 05-CK-01132 Brad Cochran v. Injury & Rehab Centers of KY, et al.* | *Medical Malpractice* | *Commonwealth of KY Fayette Circuit Court* | |

QUESTION 4a CONTINUED ...

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *05-CI-01120 Donnetta Snapp v. Accident Injury Medical Centers, et al.* | *Medical Malpractice* | *Commonwealth of KY Fayette Circuit Court* | |
| *05-CI-1041 Shelly Pfost v. Injury & Rehab Centers, et al.* | *Medical Malpractic* | *Commonwealth of KY Fayette Circuit Court* | |
| *03-CI-190 Gram Resources, Inc. et al., v. Physician Medical Services, et al. (for informational purposes only-debtor not named individually in lawsuit)* | *Contract* | *Commonwealth of KY Perry Circuit Court* | |
| *Case No. 04-CI-01568 Injury & Rehab Centers of Kentucky v. Commonwealth of KY, Cabinet for Health and Family Services* | *Fine* | *Commonwealth of KY Franklin Circuit Court* | |
| *Case No. 03-CI-798 Janas Hobbs Allin v. Greg Mack, et al.* | *Workers Comp* | *Circuit Court Laurel, KY* | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Jonathan B. Alper, Esquire* *Address:* *274 Kipling Court* *Heathrow, FL 32746* | *Date of Payment:* *Payor: Gregory S. Mack* | *$5,000.00* |

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

☒ NONE

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: Business: Prestonburg Properties Address: 1960 Brightwater Dr., Lake Mary FL 32746* | *ID: 20-2847430* | *Property Development* | *2/05-present* |
| *Debtor is an Individual: Business: 1359 S. Third Street Condominiums Homeowners Association Address: 1960 Bridgewater Dr., Lake Mary, FL 32746* | *ID: 20-3523297* | *Homeowners Association* | *7/05-Current* |
| *Debtor is an Individual: Business: Kentucky Pain Care Centers Address: 118 N. Eustis St., #2, Eustis, FL 32726* | *ID: 37-1499707* | *Medical Management* | *2004-present* |
| *Debtor is an Individual: Business: Injury & Rehab Centers of KY Address: 118 N. Eustis St, #2, Eustis, FL 32726* | *ID: 61-1391131* | *Medical Management* | *2001-2004* |
| *Debtor is an Individual: Business: Mack Properties Address: 118 N. Eustis St., Ste. 2, Eustis, FL 32726* | *ID: 59-3654322* | *Property Development and Management* | *2000-present* |

QUESTION 18a CONTINUED ...

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| Debtor is an Individual: Business: Accident Injury Medical Center Address: 204 S. Central Ave., Apopka, FL 32703 | ID: 61-1374526 | Medical Management | 1999-2002 |
| Debtor is an Individual: Business: Comprehensive Medical Address: 204 S. Central Ave., Apopka, FL 32703 | ID: 59-3462046 | Medical Services | 1997-2002 |
| Debtor is an Individual: Business: Intergroup Medical Address: 204 S. Central Ave., Apopka, FL 32703 | ID: 59-3462046 | Medical Supplies & Services | 1997-2002 |
| Debtor is an Individual: Business: GSM, Inc. Address: 204 S. Central Ave., Apopka, FL 32703 | ID: 59-3067132 | Medical Supplies & Services | 1989-2002 |
| Debtor is an Individual: Business: Quantum Medical became dba of GSM Address: 204 S. Central Ave., Apopka, FL 32703 | ID: | Medical Supplies/Wholesale Company | 1991-2002 |
| Debtor is an Individual: Business: InterGroup Medical Address: 204 S. Central Ave., Apopka, FL 32703 | ID: 59-3462046 | Medical Supplies and Services | 1997-2002 |
| Debtor is an Individual: Business: Comprehensive Medical Data Address: 204 S. Central Ave., Apopka, FL 32703 | ID: 59-3462046 | Medical Services | 1997-2002 |
| Debtor is an Individual: Business: Accident Injury Medical Centers Address: 204 S. Central Ave., Apopka, FL 32703 | ID: 61-1374526 | Medical Management | 1999-2002 |

QUESTION 18a CONTINUED ...

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: Business: Injury & Rehab Centers of Kentucky PLLC Address: 160 International Parkway, Suite 276, Heathrow, FL 32746* | *ID: 61-1391131* | *Medical Management* | *2001-2004* |
| *Debtor is an Individual: Business: Kentucky PainCare Centers Address: 118 N. Eustis St., #2 , Eustis, FL 32726* | *ID: 37-1499707* | *Medical Management* | *2004-current* |
| *Debtor is an Individual: Business: Mack Properties Address: 118 N. Eustis St., Suite 2, Eustis, FL 32726* | *ID: 59-3654322* | *Property Development/Management* | *2000-current* |

  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements
    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name: Linda Elerick & Company Address: 201 N. Wymore Rd., Winter Park, FL 32789* | *Dates: 9/04-present* |
| *Name: Watsky, Martinez & Company Address: 777 E. Altamonte Springs Dr., Alt. Spgs, FL 32701* | *Dates: 01/01-9/04* |

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                                                DATES SERVICES RENDERED

**Name: Linda Elerick & Company**                                    **Dates: 09/04-present**
**Address: 201 N. Wymore Rd., Winter Park, FL 32789**

**Name: Watsky, Martinez & Co.**                                      **Dates: 01/01-09/04**
**Address: 777 E. Altamonte Springs Dr., Alt Spgs., FL 32701**

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒ NONE

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME AND ADDRESS                                                                DATES ISSUED

**Name: Community Trust Bank**                                        **Dates: 1/26/06**
**Address: PO Box 2947, Pikeville, KY 41502**

**Name: Wachovia Bank**                                                   **Dates: 9/05**
**Address: Commercial Loan Services, PO Box 74052, Atlanta, GA 30374**

**Name: Stock Yards Bank**                                              **Dates:  12/05**
**Address: 1040 E. Main St., Louisville, KY 40206**

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

☒ NONE

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

☒ NONE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date *2/9/2006*_____    Signature */s/ Gregory S. Mack*_____

Date _____    _____

of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re *Gregory S. Mack*

Case No.

Chapter   **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those consumer debts:

| Description of Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *Property: 1359 S. Third St. & 1364 S. Second St., Louisville, KY* | *Stock Yards Bank* | | | | *X* |
| *Homestead: 1960 Bridgewater Dr., Lake Mary, FL 32746* | *Fifth Third bank* | | | | *X* |
| *Property: 1359 S. Third St. & 1364 S. Second St., Louisville, KY* | *Stock Yards Bank* | | | | *X* |
| *Homestead: 1960 Bridgewater Dr., Lake Mary, FL 32746* | *Wachovia Bank* | | | | *X* |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. |
|---|---|---|
| | | |

## Signature of Debtor(s)

Date: _2/9/2006_____

Debtor: _/s/ Gregory S. Mack_____

Date: _2/9/2006_____

Joint Debtor: _____